William John ELLIOTT, Appellant, v. Margaret McCANN, a Creditor.

No. 9733.

United States Court of Appeals
Third Circuit.

Argued Jan. 6, 1949.

Decided March 7, 1949.

John M. Smith, Jr., of Philadelphia, Pa., for appellant.

Michael A. Foley, of Philadelphia, Pa., and Henry Gouley, of Media, Pa., on the brief, for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We have read the record in this case including the testimony of the bankrupt and of the bankrupt's wife in the proceedings before the referee. We have noted the addendum made to the record in the court below by the bankrupt on July 26, 1948. This consists of a letter from a representative of Sun Shipbuilding & Dry Dock Co. addressed to the referee, under date of August 8, 1947, stating that war bonds purchased by the bankrupt from his wages were registered in the names of both the bankrupt and his wife. We note that neither the bankrupt nor his wife saw fit to assert that the mortgage on the house, taken in the wife's name, was paid off in whole or in part from the sale of these war bonds. We are of the opinion that the case should not now be remanded to the court below for evidence upon this point.

Careful consideration of the record and of the briefs and arguments of the parties convinces us that the court below committed no substantial error in its decision. The order appealed from, 83 F.Supp. 771, affirming the order of the referee sustaining the objection to the bankrupt's discharge under Section 14, sub. c(4), of the Bankruptcy Act, as amended, 11 U.S.C.A. § 32, sub. c(4), will be affirmed. See In re Wolf, 3 Cir., 165 F.2d 707 and Chorost v. Grand Rapids Factory Show Rooms, Inc., 3 Cir., 172 F.2d 327.

INTERNATIONAL HARVESTER COMPANY, Appellant, v. Nellie Irene TROUTMAN, Administratrix of Estate of Phillip A. Troutman, Deceased, Appellee.

No. 10746.

United States Court of Appeals
Sixth Circuit.

Feb. 15, 1949.

Hubert T. Willis, of Louisville, Ky., for appellant.

Herman Cohen and Lawrence S. Grauman, both of Louisville, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal from a judgment entered on a jury verdict awarding $17,000 damages to appellee, as administratrix of Phillip A. Troutman, who was electrocuted through the alleged negligence of the appellant company in failing to provide a reasonably safe place in which the decedent could perform the work which he was ordered to do by his foreman, came on to be heard; and the cause having been duly considered on the record and on the oral arguments and briefs of attorneys for the contending parties, and it appearing that there is substantial evidence to support the verdict of the jury and that no reversible error is found in the proceedings below; and for the reasons given in the opinion of the district judge, 83 F.Supp. 501, in acting upon the motion of appellant for a judgment non obstante veredicto and upon the supplemental motion for a new trial; the judgment is affirmed.